**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 96-60658
_____


MARTHA J. WILLIAMSON
and
WILEY WILLIAMSON,

Plaintiffs-Appellants,

VERSUS

LIBERTY NATIONAL LIFE INSURANCE COMPANY
and
GLYNN MOTT,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
(4:95-CV-92-LN)
_____

March 28, 1997

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]


The plaintiffs allege a violation of title VII and assert various state causes of action stemming from Martha Williamson's discharge from employment by Liberty National Life Insurance Company. The district court granted summary judgment on the title VII claim because Martha Williamson did not file her EEOC

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

charge within 180 days, as required by the statute.  The court dismissed the state claims without prejudice.

In its comprehensive, 21-page Memorandum Opinion and Order filed on June 25, 1996, the district court carefully explained why it concluded that the 180-day requirement was not satisfied.  We agree with the court's reasoning and affirm on the basis of its persuasive opinion.

AFFIRMED.